| Greer A. Smith MSN,RN,CMSRN,CCM  *Assurance of Care*  **8181 Midtown Blvd. Ste 7109**  **Dallas, TX 75231**  **469-718-9112**  **Greersmith1@gmail.com** | INVOICE |
|---|---|
| TO:  **Craig Davis, Attorney at Law for Debtor**  **DR. SHABNAM QASIM, M.D., P.A.,**  **Case No. 18-43088-mxm-11**  FOR:  **DR. SHABNAM QASIM, M.D., P.A.,**  **Case No. 18-43088-mxm-11** | **Rates:**  Hourly for PCO @ 125.00 / Hour  Hourly for PCO Asst @ 75.00 / Hour  Copies @ .20 per copy  Faxes @ .20 per page  Postage @ cost 1st class/Fed Ex Cost Factor  Mileage @ .55 per mile  PACER Prints @ 1.60 page |

| DATE | DESCRIPTION | HOURS/ NUMBER | RATE | TOTAL |
|---|---|---|---|---|
| 09/16/17 | Prep of Fee Schedule for Debtor | .50 | 125 | 62.50 |
| 09/18/18 | PACER printing | 8 | 1.60 | 12.80 |
| 09/19/18 | Emails to Debtor Atty Craig RT fee, MD requests | 1.2 | 125 | 150.00 |
| 09/19/18 | Prep of PCO Assistant Fee Profile & Notice of PCO assign for MD office | .8 | 125 | 100.00 |
| 9/20/18 | Read, make notes on all BR case filings relevant to my work from Pacer | .6 | 125 | 75.00 |
| 9/26/18 | Email correspondence with Casey Roy and Sarah Tuthill | .45 | 125 | 56.25 |
| 9/27/18 | Phone call with Sarah Tuthill Tx Medical Board | .22 | 125 | 27.50 |
| 9/27/18 | Travel time to Dr. Qasim office @ ½ rate | 1.5 | 62.50 | 93.75 |
| 9/27/18 | RT Mileage to Qasim Office | 106 | .56 | 59.36 |
| 9/27/18 | 2 Picture frames for Qasim Office Posting | 2 | 5..99 | 11.98 |
| 9/27/18 | Phone Calls with Adrian from Dr. Qasim | .40 | 125 | 50.00 |
| 9/27/18 | Pacer Document Retrv fees | 2 | 5.05 | 10.10 |
| 9/27/18 | Emails to Casey Roy, Katheryn, and Sarah Tuthill RT Qasim office issues | .55 | 125 | 68.75 |
| 9/28/18 | Printing copies of correspondence | 32 | .20 | 6.40 |
|  | RT Mileage to Qasim office for evaluation | 106 | .56 | 59.36 |
| 10/5/18 | Travel time to Dr. Qasim office @ ½ rate | 1.5 | 62.50 | 93.75 |
| 10/5/18 | Evaluation of Office, interview of office Adm Adrian, talk to Dr. Qasim, evaluate patient list, evaluate pain medication patients list, evaluate current and past employees list. 0815 to 1200 | 3.6 | 125 | 450 |
| 10/6/18 | Review, further evaluation for future office employee interviews, patient phone call interviews planning. | .6 | 125 | 75.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 10/6/2018 | Phone call interviews with current patients, previous patients, and former employees | 1.3 | 125 | 162.50 |
| 10/7/18 | Research on ECF filing for Compensation | 1.0 | 125 | 125.00 |
| 10/29/2018 | Conversation with Adrian, former office Administrator with notes | .7 | 125 | 87.50 |
| 10/30/18 | Emails to C Roy, Elizabeth White, S Tuthill | .3 | 125 | 37.50 |
| 10/31/18 | Email with inquiry to Sarah Tuthill Tx Medical Board | .3 | 125 | 37.50 |
| 10/31/2018 | Prep of Motion for Compensation w order, Notice of 1st PCO report w order, and research on ECF process for filing | 1.4 | 125 | 175.00 |
| 11/05/2018 | Prep of 1st PCO Report to Court | 1.6 | 125 | 200.00 |
| 11/05/2018 | Filing of 1st PCO Report and Request for Compensation | .6 | 125 | 75.00 |
| | | | | |
| 10/8/18 | Current Total Due | | | $2,362.50 |

Make all checks payable to Greer A. Smith MSN,RN,CMSRN,CCM
Total due in 15 days. Overdue accounts subject to a service charge of 1% per month.

**Thank you for your business!**