IN THE UNITED STATES BANKRUPTCY COURT

NORTHER DISTRICT OF TEXAS

FORT WORTH DIVISION

IN RE:

Dr. Shabnam Qasim, MD, PA

| Debtor | § | Case No. 18-43088-MXM-11 |
| | | (Chapter 11) |
| | § | |
| | § | |
| | § | |

ORDER GRANTING THE MOTION FOR PAYMENT OF COMPENSATION REQUEST FILED ON NOVEMBER 06, 2018 BY PATIENT CARE OMBUDSMAN

THIS MATTER CAME BEFORE THE COURT OF THE HONRABLE JUDGE MARK X. MULLIN UPON THE MOTION TO HAVE THE DEBTOR, DR. SHABNAM QASIM, MD, PA PAY COMPENSATION FOR THE SERVICES OF THE PATIENT CARE OMBUDSMAN FOR SERVICES RENDERED FROM AUGUST 31, 2018 TO NOVEMBER 06, 2018.

THE COURT, BEING FULLY ADVISED DOES:

ORDER, ADJUDGE AND DECREE THAT THE MOTION BE, AND IT IS, GRANTED, AND THAT DEBTOR IMMEDIATELY MAKE COMPENSATION TO THE PATIENT CARE OMBUDSMAN.

WILLIAM X MULLIN
US BANKRUPTCY JUDGE
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION