

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed November 28, 2018**

*Mark X. Mullin*
_____
**United States Bankruptcy Judge**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 18-43088-MXM-11** |
| | § | |
| **DR. SHABNAM QASIM MD PA** | § | |
| | § | |
| **DEBTOR(S)** | § | **CHAPTER 11** |

### ORDER APPROVING AMENDED APPLICATION TO EMPLOY ACCOUNTANT FOR DEBTOR IN POSSESSION

**CAME NOW FOR CONSIDERATION**, the application of, **DR. SHABNAM QASIM MD PA**, Debtor-In-Possession, for the authority to employ and appoint **JAMES R. HALTER, CPA**, as accountant. Upon the affidavit of the accountant, which was annexed to the application, it appears that no notice of hearing on the application should be given, and no adverse interest is represented, and it further appears that the accountant is a qualified CPA and that he is experienced to render the professional services described in the Motion. The Court being satisfied that the accountant represents no interest adverse to the estate in the matters upon which he will be to the best interests of the estate, it is therefore:

**ORDERED, ADJUDGED AND DECREED**, that **DR. SHABNAM QASIM MD PA**, be and is hereby authorized to employ and appoint **JAMES R. HALTER, CPA,** to act as accountant, effective as of the petition date, in all matters arising in the case under Chapter 11 of the Bankruptcy Code, and is further authorized to pay said accountant a reasonable fee for his services upon application and order of this Court.

## ####END OF ORDER####

/s/ Craig D. Davis
DAVIS, ERMIS & ROBERTS, P.C
1010 N. Center, Suite 100
Arlington, Texas 76011
(972) 263-5922 Telephone
(972) 262-3264 Facsimile
Attorney for Debtor(s)