

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED
THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed December 10, 2018

_____
United States Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT

NORTHER DISTRICT OF TEXAS

FORT WORTH DIVISION

IN RE:

Dr. Shabnam Qasim, MD, PA

| | | |
|---|---|---|
| Debtor | § | Case No. 18-43088-mxm |
| | | (Chapter 11) |
| | § | |
| | § | |
| | § | |

**ORDER GRANTING THE MOTION FOR PAYMENT OF COMPENSATION REQUEST FILED ON NOVEMBER 06, 2018 BY PATIENT CARE OMBUDSMAN**

THIS MATTER CAME BEFORE THE COURT OF THE HONRABLE JUDGE MARK X. MULLIN UPON THE MOTION TO HAVE THE DEBTOR, DR. SHABNAM QASIM, MD, PA PAY COMPENSATION FOR THE SERVICES OF THE PATIENT CARE OMBUDSMAN FOR SERVICES RENDERED FROM AUGUST 31, 2018 TO NOVEMBER 06, 2018.

THE TOTAL AMOUNT OF CURRENT COMPENSATION DUE IS $ 2,362.50, WHICH CONSIST

OF EXPENSE $ 126.60 AND FEES OF $2,235.90

    THE COURT, BEING FULLY ADVISED DOES:
    ORDER ADJUDGE AND DECREE THAT THE MOTION BE, AND IT IS, GRANTED, AND THAT DEBTOR IMMEDIATELY MAKE COMPENSATION TO THE PATIENT CARE OMBUDSMAN.

    ***END OF ORDER***