**Fill in this information to identify the case:**

Debtor Name: Shabnam Qasim

United States Bankruptcy Court for the: Northern District of TX

Case number: 18-43088-mxm-11

☐ Check if this is an amended filing

Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11   12/17

Month: 11/2018

Line of business: Medical Practice

Date report filed: _____ MM / DD / YYYY

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Office Manager

Original signature of responsible party: _Fabela_

Printed name of responsible party: Feliza Fabela

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Shabnam Qasim                     Case number 18-43088-mxm-11

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☐ ☑

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $4,143.72

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $55,816.63

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    −$40,552.23

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    +$15,264.40

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    =$19,408.12

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**  $ 0
    *(Exhibit E)*

Debtor Name Shabnam Qasim   Case number 18-43088-mxm-11

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**   $114,498.17

(Exhibit F)

## 5. Employees

26. What was the number of employees when the case was filed?   8
27. What is the number of employees as of the date of this monthly report?   8

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?   $ 0
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ 0
30. How much have you paid this month in other professional fees?   $ 0
31. How much have you paid in total other professional fees since filing the case?   $ 0

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>Projected | Column B<br>− Actual | Column C<br>= Difference |
|---|---|---|---|
|  | Copy lines 35-37 from the previous month's report. | Copy lines 20-22 of this report. | Subtract Column B from Column A. |
| 32. Cash receipts | $38,843.05 | − $55,816.43 | = $16,972.98 |
| 33. Cash disbursements | $42,759.23 | − $40,552.23 | = $2,207 |
| 34. Net cash flow | $3,915.58 | − $15,264.40 | = $11,348.82 |

35. Total projected cash receipts for the next month:   $55,816.63
36. Total projected cash disbursements for the next month:   − $40,552.23
37. Total projected net cash flow for the next month:   = $15,264.40

Debtor Name  Shabnam Qasim                      Case number 18-43088-mxm-11

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [x] 39. Bank reconciliation reports for each account.
- [x] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [x] 41. Budget, projection, or forecast reports.
- [x] 42. Project, job costing, or work-in-progress reports.

Exhibit A
Question #8. Quarterly fees up to date

Exhibit B

Question #10.
Currently using Chase business account.
Also there us still a US Bank account that has not been closed as of yet.

Exhibit C. Deposits & Additions
Chase Acct 000000237962961 Nov 1 2018 thru Nov 30 2018

| Date | Description | Amount |
|---|---|---|
| 01- Nov | Deposit | $35,899.79 |
| 01- Nov | BCBS 18303E40340830 | $544.26 |
| 01- Nov | Aetna 1043243512 | $91.77 |
| 01- Nov | BCBS 18303E40340840 | $85.93 |
| 01- Nov | Square 181101P2 | $14.59 |
| 02- Nov | Transfer from 8207 | $2,000.00 |
| 02- Nov | Square 181102P2 | $280.45 |
| 02- Nov | UMR 201868166 | $160.12 |
| 02- Nov | UHC 201868166 | $102.88 |
| 05- Nov | Humana 363718 | $119.77 |
| 05- Nov | BCBS 18305E40673130 | $84.17 |
| 05- Nov | Humana 363718 | $46.27 |
| 06- Nov | Square 181106P2 | $291.73 |
| 07- Nov | Square 181107P2 | $334.47 |
| 07- Nov | UHC 201868166 | $103.58 |
| 07- Nov | Shabnam Qasim ACH | $101.90 |
| 07- Nov | BCBS 18309E41002760 | $91.34 |
| 08- Nov | Square 181108P2 | $169.84 |
| 08- Nov | Aetna 1043243512 | $128.30 |
| 13- Nov | Novitas 1396792602 | $3921.17 |
| 13- Nov | Square 181113P2 | $227.56 |
| 14- Nov | Novitas 1396792602 | $537.00 |
| 14- Nov | Square 181114P2 | $170.18 |
| 14- Nov | Shabnam Qasim ACH | $161.38 |
| 14- Nov | BCBS 18316E41832610 | $125.06 |
| 15- Nov | Deposit | $281.52 |
| 15- Nov | Pcc | $309.52 |
| 16- Nov | Transfer from 8207 | $4,000.00 |
| 16- Nov | Square 181116P2 | $257.37 |
| 16- Nov | Heartland Nation 201868166 | $14.65 |
| 20- Nov | Square 181120P2 | $229.07 |
| 20- Nov | UHC 201868166 | $54.44 |
| 21- Nov | Shabnam Qasim ACH | $604.90 |
| 21- Nov | UHC 201868166 | $64.37 |
| 23- Nov | BCBS 18324E42849670 | $354.65 |
| 23- Nov | Square 181122P2 | $126.42 |
| 23- Nov | BCBS 18324E42849680 | $85.93 |
| 23- Nov | UHC 201868166 | $57.09 |
| 26- Nov | Novitas 1396792602 | $22.31 |
| 27- Nov | Square 181127P2 | $151.71 |
| 27- Nov | Aetna 1043243512 | $140.21 |
| 27- Nov | Humana 363718 | $86.01 |
| 27- Nov | AARP 201868166 | $36.29 |
| 28- Nov | Card Purchase Return Dickies | $112.84 |
| 28- Nov | Shabnam Qasim Ach | $446.09 |

| | | | |
|---|---|---|---|
| 28- Nov | Square | 181128P2 | $352.52 |
| 28- Nov | BCBS | 18330E43185310 | $191.79 |
| 28- Nov | UHC | 201868166 | $14.37 |
| 29- Nov | BCBS | 18331E433737 | $298.45 |
| 29- Nov | Square | 181129P2 | $244.99 |
| 30- Nov | Deposit | | $966.73 |
| 30- Nov | Square | 181130P2 | $519.15 |
| | | | $55,816.63 |

Exhibit D.
Electronic Withdrawals
Chase Acct 000000237962961 Nov 1 2018 thru Nov 30 2018

| Date | Description | Amount |
|---|---|---|
| 02- Nov | Medical Protect | $1814.00 |
| 02- Nov | Medical Protect | $1046.00 |
| 05- Nov | ADP Payroll Fee | $93.73 |
| 05- Nov | ADP Payroll Fee | $53.25 |
| 05- Nov | Payment Tech Fee | $30.00 |
| 08- Nov | Advanced MD | $1006.67 |
| 09- Nov | ADP Wage Pay | $5292.51 |
| 09- Nov | ADP Tax | $1248.05 |
| 19- Nov | ADP Payroll Fees | $90.84 |
| 20- Nov | ADP Wage Pay | $15493.66 |
| 21- Nov | ADP Tax | $6649.54 |
| | | $32,818.25 |

Exhibit D.
ATM and Debit Card Withdrawals
Chase Acct 000000237962961 Nov 1 2018 thru Nov 30 2018

| Date | Description | Amount |
|---|---|---|
| 05- Nov | McKesson Med Supply | $305.86 |
| 07- Nov | McKesson Med Supply | $447.90 |
| 14- Nov | Amazon | $17.47 |
| 19- Nov | Intermedia | $350.05 |
| 21- Nov | Dickeys BBQ | $112.84 |
| 23- Nov | Brookshires | $49.99 |
| 26- Nov | Primepantry | $4.99 |
| 27- Nov | Vistaprint | $44.45 |
| 30- Nov | Terra Med Grill | $100.00 |
| | | $1433.55 |

Exhibit D.
Checks Paid
Chase Acct 000000237962961 Nov 1 2018 thru Nov 30 2018

| Date | Check # | Amount |
|---|---|---|
| 09- Nov | Check# 2482 | $799.97 |
| 13- Nov | Check# 2472 | $1500.00 |
| 13- Nov | Check# 2480 | $120.34 |
| 13- Nov | Check# 2483 | $201.00 |
| 13- Nov | Check# 2484 | $155.62 |
| 14- Nov | Check# 2479 | $82.06 |
| 14- Nov | Check# 2481 | $900.00 |
| 14- Nov | Check# 2485 | $325.00 |
| 14- Nov | Check# 2486 | $115.76 |
| 15- Nov | Check# 2478 | $188.00 |
| 15- Nov | Check# 2487 | $172.68 |
| 28- Nov | Check# 2489 | $840.00 |
| 30- Nov | Check# 2495 | $900.00 |
|  |  | $6300.43 |

# Total A/R - Summary

SHABNAM QASIM MD PA

Exhibit F

By Aging Date
All Patients
All Provider Profiles

|  | Current | 30 Days | 60 Days | 90 Days | 120 Days | Total | Unapplied | Net Total |
|---|---|---|---|---|---|---|---|---|
| **SHABNAM QASIM MD PA Total:** | | | | | | | | |
| Patient | $811.64 | $1,380.94 | $3,118.37 | $1,470.39 | $844.00 | $7,625.34 | | $7,625.34 |
|  | 10.64 % | 18.11 % | 40.89 % | 19.28 % | 11.07 % | 100.00 % | | 100.00 % |
| Insurance | $4,619.14 | $15,997.37 | $18,738.50 | $26,604.14 | $47,392.28 | $113,351.43 | | $113,351.43 |
|  | 4.08 % | 14.11 % | 16.53 % | 23.47 % | 41.81 % | 100.00 % | | 100.00 % |
| Total | $5,430.78 | $17,378.31 | $21,856.87 | $28,074.53 | $48,236.28 | $120,976.77 | $6,478.60 | $114,498.17 |
|  | 4.49 % | 14.36 % | 18.07 % | 23.21 % | 39.87 % | 100.00 % | | 100.00 % |
| **Grand Total:** | | | | | | | | |
| Patient | $811.64 | $1,380.94 | $3,118.37 | $1,470.39 | $844.00 | $7,625.34 | | $7,625.34 |
|  | 10.64 % | 18.11 % | 40.89 % | 19.28 % | 11.07 % | 100.00 % | | 100.00 % |
| Insurance | $4,619.14 | $15,997.37 | $18,738.50 | $26,604.14 | $47,392.28 | $113,351.43 | | $113,351.43 |
|  | 4.08 % | 14.11 % | 16.53 % | 23.47 % | 41.81 % | 100.00 % | | 100.00 % |
| Total | $5,430.78 | $17,378.31 | $21,856.87 | $28,074.53 | $48,236.28 | $120,976.77 | $6,478.60 | $114,498.17 |
|  | 4.49 % | 14.36 % | 18.07 % | 23.21 % | 39.87 % | 100.00 % | | 100.00 % |

*Original Projections*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

In re: Dr. Shabnam Qasim MD PA        CASE NO    18-43088-MXM-11

                                                                    CHAPTER    11

## BUSINESS INCOME AND EXPENSES

### We Care Clinic

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

1. Gross Income for 12 Months Prior to Filing:        $678,120.00

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

2. Gross Monthly Income:        $75,000.00

PART C - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

| | |
|---|---:|
| 3. Net Employee Payroll (Other Than Debtor): | $38,000.00 |
| 4. Payroll Taxes: | $0.00 |
| 5. Unemployment Taxes: | $0.00 |
| 6. Worker's Compensation: | $0.00 |
| 7. Other Taxes: | $0.00 |
| 8. Inventory Purchases (including raw materials): | $0.00 |
| 9. Purchase of Feed/Fertilizer/Seed/Spray: | $0.00 |
| 10. Rent (other than debtor's principal residence): | $3,500.00 |
| 11. Utilities: | $710.00 |
| 12. Office Expenses and Supplies: | $4,165.00 |
| 13. Repairs and Maintenance: | $632.00 |
| 14. Vehicle Expenses: | $0.00 |
| 15. Travel and Entertainment: | $0.00 |
| 16. Equipment Rental and Leases: | $889.00 |
| 17. Legal/Accounting/Other Professional Fees: | $1,000.00 |
| 18. Insurance: | $3,646.00 |
| 19. Employee Benefits (e.g., pension, medical, etc.): | $0.00 |
| 20. Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts (Specify): | |
|      On Deck Capital, Inc. | $3,483.08 |
| 21. Other (Specify): | |
|      Advertising | $2,500.00 |
| 22. Total Monthly Expenses (Add items 3 - 21) | $58,525.08 |

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2):        $16,474.92

**CHASE** 

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

November 01, 2018 through November 30, 2018
Account Number:  **000000237962961**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00043816 DRE 201 142 33518 NNNNNNNNNNN T 1 000000000 61 0000
DBA SHABNAM K QASIM MD PA
DBA SHABNAM K QASIM MD PA
4819 RIVER OAKS BLVD
FORT WORTH TX 76114

## We no longer automatically reissue Business Employee Deposit Cards and Associate Debit Cards

We wanted to remind you that we no longer automatically reissue Business Employee Deposit Cards and Associate Debit Cards when they expire.

To request a new card for an employee or contractor, a signer needs to call the number on the back of the card or visit a branch.

The signer will need to provide the following information for the employee or contractor who is getting the card:
- Legal name,
- Date of birth, and
- Residential address

Additionally, all new Business Employee Deposit Cards and Associate Debit Cards now have a term of two years.

These changes are meant to help ensure that access to your Chase business deposit account is only available to active, authorized users.

If you have questions, please call us anytime at the number listed on this statement.

## We updated our Deposit Account and Wire Transfer Agreements

The following changes were made November 11, 2018:

- We published an updated version of our Deposit Account Agreement. You can get the latest agreement at a branch or by request when you call us. Here's what you should know:
    - We no longer charge an Extended Overdraft Fee. (General Account Terms, Section C, Insufficient Funds and Returned Item fees)
    - We added an address for reporting a dispute if you believe we provided incomplete or inaccurate information about your account to a consumer reporting agency. (New section in General Account Terms, Section I, Disputing information reported to a consumer reporting agency)



November 01, 2018 through November 30, 2018
Account Number: **000000237962961**

- We updated our Wire Transfer Agreement, here's what you should know:
    - You will still receive email notifications on the status of your wire transfer. However, we added that if we're unable to send an email due to system failures or outages, it's your responsibility to monitor your account for the status of your wire transfer.
    - We clarified that you should expect your foreign exchange rate to be less favorable than rates quoted online or in publications.

Please call us at the number at the top of this statement if you have any questions.

## CHECKING SUMMARY | Chase Total Business Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | **$4,143.72** |
| Deposits and Additions | 52 | 55,816.63 |
| Checks Paid | 13 | -6,300.43 |
| ATM & Debit Card Withdrawals | 9 | -1,433.55 |
| Electronic Withdrawals | 11 | -32,818.25 |
| **Ending Balance** | **85** | **$19,408.12** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/01 | Deposit | $35,899.79 |
| 11/01 | Bcbs Texas    Hcclaimpmt C18303E40340830 CCD ID: 5531495400 | 544.26 |
| 11/01 | Aetna H09    Hcclaimpmt 1043243512    CCD ID: 1066033492 | 91.77 |
| 11/01 | Bcbs Texas    Hcclaimpmt C18303E40340840 CCD ID: 5531495400 | 85.93 |
| 11/01 | Square Inc    181101P2   L209395244210   CCD ID: 9424300002 | 14.59 |
| 11/02 | Online Transfer From Chk ...8207 Transaction#: 7632044901 | 2,000.00 |
| 11/02 | Square Inc    181102P2   L209395484814   CCD ID: 9424300002 | 280.45 |
| 11/02 | Umr Orange Count Hcclaimpmt 201868166    CCD ID: 1800227704 | 160.12 |
| 11/02 | Unitedhealthcare Hcclaimpmt 201868166    CCD ID: 1111187726 | 102.88 |
| 11/05 | Humana Ins CO    Efpayment  363718    CCD ID: 1391263473 | 119.77 |
| 11/05 | Bcbs Texas    Hcclaimpmt C18305E40673130 CCD ID: 5531495400 | 84.17 |
| 11/05 | Humana Ins CO    Efpayment  363718    CCD ID: 1391263473 | 46.27 |
| 11/06 | Square Inc    181106P2   L209396405890   CCD ID: 9424300002 | 291.73 |
| 11/07 | Square Inc    181107P2   L209396591380   CCD ID: 9424300002 | 334.47 |
| 11/07 | Unitedhealthcare Hcclaimpmt 201868166    CCD ID: 1411289245 | 103.58 |
| 11/07 | Shabnam Qasim MD ACH Items        CCD ID: 1201868166 | 101.90 |
| 11/07 | Bcbs Texas    Hcclaimpmt C18309E41002760 CCD ID: 5531495400 | 91.34 |
| 11/08 | Square Inc    181108P2   L209396844173   CCD ID: 9424300002 | 169.84 |
| 11/08 | Aetna As01    Hcclaimpmt 1043243512    CCD ID: 1066033492 | 128.30 |
| 11/13 | Novitas    Hcclaimpmt 1396792602    CCD ID: 04412000H1 | 3,921.17 |
| 11/13 | Square Inc    181113P2   L209398092130   CCD ID: 9424300002 | 227.56 |
| 11/14 | Novitas    Hcclaimpmt 1396792602    CCD ID: 04412000H1 | 537.00 |
| 11/14 | Square Inc    181114P2   L209398265843   CCD ID: 9424300002 | 170.18 |
| 11/14 | Shabnam Qasim MD ACH Items        CCD ID: 1201868166 | 161.38 |
| 11/14 | Bcbs Texas    Hcclaimpmt C18316E41832610 CCD ID: 5531495400 | 125.06 |
| 11/15 | Deposit | 281.52 |
| 11/15 | Pcc        Pcc        PPD ID: 451171182 | 309.25 |
| 11/16 | Online Transfer From Chk ...8207 Transaction#: 7669907661 | 4,000.00 |
| 11/16 | Square Inc    181116P2   L209398854109   CCD ID: 9424300002 | 257.37 |
| 11/16 | Heartland Nation Hcclaimpmt 201868166    CCD ID: 1640431935 | 14.65 |

# CHASE

November 01, 2018 through November 30, 2018

Account Number: **000000237962961**



## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/20 | Square Inc 181120P2 L209399776131 CCD ID: 9424300002 | 229.07 |
| 11/20 | Unitedhealthcare Hcclaimpmt 201868166 CCD ID: 1111187726 | 54.44 |
| 11/21 | Shabnam Qasim MD ACH Items CCD ID: 1201868166 | 604.90 |
| 11/21 | Unitedhealthcare Hcclaimpmt 201868166 CCD ID: 1411289245 | 64.37 |
| 11/23 | Bcbs Texas Hcclaimpmt C18324E42849670 CCD ID: 5531495400 | 354.65 |
| 11/23 | Square Inc 181122P2 L209400342284 CCD ID: 9424300002 | 126.42 |
| 11/23 | Bcbs Texas Hcclaimpmt C18324E42849680 CCD ID: 5531495400 | 85.93 |
| 11/23 | Unitedhealthcare Hcclaimpmt 201868166 CCD ID: 1111187726 | 57.09 |
| 11/26 | Novitas Hcclaimpmt 1396792602 CCD ID: 04412000H1 | 22.31 |
| 11/27 | Square Inc 181127P2 L209401126784 CCD ID: 9424300002 | 151.71 |
| 11/27 | Aetna H09 Hcclaimpmt 1043243512 CCD ID: 1066033492 | 140.21 |
| 11/27 | Humana Ins CO Hcclaimpmt 363718 CCD ID: 1391263473 | 86.01 |
| 11/27 | Aarp Supplementa Hcclaimpmt 201868166 CCD ID: 1362739571 | 36.29 |
| 11/28 | Card Purchase Return 11/26 Dickeys Barbecue Pit 19722489899 TX Card 5525 | 112.84 |
| 11/28 | Shabnam Qasim MD ACH Items CCD ID: 1201868166 | 446.09 |
| 11/28 | Square Inc 181128P2 L209401307204 CCD ID: 9424300002 | 352.52 |
| 11/28 | Bcbs Texas Hcclaimpmt C18330E43185310 CCD ID: 5531495400 | 191.79 |
| 11/28 | Unitedhealthcare Hcclaimpmt 201868166 CCD ID: 1411289245 | 14.37 |
| 11/29 | Bcbs Texas Hcclaimpmt C18331E43373710 CCD ID: 5531495400 | 298.45 |
| 11/29 | Square Inc 181129P2 L209401571403 CCD ID: 9424300002 | 244.99 |
| 11/30 | Deposit | 966.73 |
| 11/30 | Square Inc 181130P2 L209401900322 CCD ID: 9424300002 | 519.15 |
| **Total Deposits and Additions** | | **$55,816.63** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 2472 ^ | | 11/13 | $1,500.00 |
| 2478 *^ | | 11/15 | 188.00 |
| 2479 ^ | | 11/14 | 82.06 |
| 2480 ^ | | 11/13 | 120.34 |
| 2481 ^ | | 11/14 | 900.00 |
| 2482 ^ | | 11/09 | 799.97 |
| 2483 ^ | | 11/13 | 201.00 |
| 2484 ^ | | 11/13 | 155.62 |
| 2485 ^ | | 11/14 | 325.00 |
| 2486 ^ | | 11/14 | 115.76 |
| 2487 ^ | | 11/15 | 172.68 |
| 2489 *^ | | 11/28 | 840.00 |
| 2495 *^ | | 11/30 | 900.00 |
| **Total Checks Paid** | | | **$6,300.43** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.



November 01, 2018 through November 30, 2018
Account Number: **000000237962961**

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/05 | Card Purchase     11/03 Mckesson Medical Surgi 800-4535180 VA Card 5525 | $305.86 |
| 11/07 | Card Purchase     11/06 Mckesson Medical Surgi 800-4535180 VA Card 5525 | 447.90 |
| 11/14 | Card Purchase     11/13 Amazon.Com*M89Wt17Q0 Amzn.Com/Bill WA Card 5525 | 17.47 |
| 11/19 | Card Purchase     11/16 Intermedia.Net Inc 800-379-7729 WA Card 5525 | 350.05 |
| 11/21 | Card Purchase     11/20 Dickeys Barbecue Pit 19722489899 TX Card 5525 | 112.84 |
| 11/23 | Card Purchase     11/21 Brookshires 124 Lake Worth TX Card 5525 | 49.99 |
| 11/26 | Recurring Card Purchase 11/25 Primepantry *M00I823 Www.Amazon.CO WA Card 5525 | 4.99 |
| 11/27 | Card Purchase     11/26 Vistapr*Vistaprint.Com 866-8936743 MA Card 5525 | 44.45 |
| 11/30 | Card Purchase     11/29 Terra Med Grill Fort Worth TX Card 5525 | 100.00 |
| **Total ATM & Debit Card Withdrawals** | | **$1,433.55** |

## ATM & DEBIT CARD SUMMARY

Shabnam Qasim  Card 5525

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $1,433.55 |
| Total Card Deposits & Credits | $112.84 |

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $1,433.55 |
| Total Card Deposits & Credits | $112.84 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/02 | Medical Protecti Inspremium Mpcpay000293283 CCD ID: 1350506406 | $1,814.00 |
| 11/02 | Medical Protecti Inspremium Mpcpay000293285 CCD ID: 1350506406 | 1,046.00 |
| 11/05 | ADP Payroll Fees ADP - Fees 2Rxcq  3028127 CCD ID: 9659605001 | 93.73 |
| 11/05 | ADP Payroll Fees ADP - Fees 8Yrnxcq 2152005 CCD ID: 9659605001 | 53.25 |
| 11/05 | Paymentech     Fee    5704836      CCD ID: 1020401225 | 30.00 |
| 11/08 | Advancedmd      Dd 11.6.18       PPD ID: 1352182629 | 1,006.67 |
| 11/09 | ADP Wage Pay    Wage Pay  936108230181Xcq CCD ID: 9333006057 | 5,292.51 |
| 11/09 | ADP Tax       ADP Tax   Rnxcq 110923A01 CCD ID: 1223006057 | 1,248.05 |
| 11/19 | ADP Payroll Fees ADP - Fees 2Rxcq  4707289 CCD ID: 9659605001 | 90.84 |
| 11/20 | ADP Wage Pay    Wage Pay  589045646663Xcq CCD ID: 9333006057 | 15,493.66 |
| 11/21 | ADP Tax       ADP Tax   Rnxcq 112124A01 CCD ID: 1223006057 | 6,649.54 |
| **Total Electronic Withdrawals** | | **$32,818.25** |

The monthly service fee of $15.00 was waived this period because you maintained a minimum daily balance of $1,500.00 or more.

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 11/01 | $40,780.06 | 11/07 | 40,706.00 | 11/14 | 34,382.04 |
| 11/02 | 40,463.51 | 11/08 | 39,997.47 | 11/15 | 34,612.13 |
| 11/05 | 40,230.88 | 11/09 | 32,656.94 | 11/16 | 38,884.15 |
| 11/06 | 40,522.61 | 11/13 | 34,828.71 | 11/19 | 38,443.26 |

# CHASE ◯

November 01, 2018 through November 30, 2018

Account Number: 000000237962961

## DAILY ENDING BALANCE  *(continued)*

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 11/20 | 23,233.11 | 11/26 | 17,731.42 | 11/29 | 18,922.24 |
| 11/21 | 17,140.00 | 11/27 | 18,101.19 | 11/30 | 19,408.12 |
| 11/23 | 17,714.10 | 11/28 | 18,378.80 | | |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 33 |
| Deposits / Credits | 3 |
| Deposited Items | 17 |
| **Transaction Total** | **53** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $15.00 |
| Service Fee Credit | -$15.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 100) | $0.00 |
| **Total Service Fees** | **$0.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC



JPMorgan Chase Bank, N.A. Member FDIC