_____

_____
# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISON

**IN RE:**

**Shabnam Qasim MD PA**

§
§
§    **CASE NO. 18-43088-MXM-11**
     **Chapter 11**
§
DEBTOR    §

## FEE APPLICATION
## COVER SHEET

Fee Application of GREER A. SMITH MSN, RN, CMSRN, CCM for Patient Care Ombudsman for Healthcare for the Debtor in this Chapter 11 proceeding.

Debtor:
**Retainer: $ 0.00**         Amount previously Paid: $2,362.50
**Amount Requested: $2028.53**

Reduction Fees: $ 0.00    Fees: $1,843.75
Expenses $ 184.78         Expense $ 184.78

Total   $ 184.78          **Total $ 2,028.53**

**Expenses:**
Copies: 42 @ $.20 per page
Faxes:  0  @ .$.20 per page
PACER: 8 @ $.20 per page @ $5.50
Postage: $0.00 @ cost
Mileage: 340.5 @ .56 per mile

**Hourly rates:**   Patient Care Ombudsman for Healthcare

**Highest Rate** $125.00 per Hour
**Hours Billed**  0.00

     I, Greer A. Smith, certify that I have read the Application submitted in this case, to the best of my knowledge, information and belief, formed after reasonable inquiry, the compensation and expense reimbursement sought is in conformity with these guidelines, and that the compensation and expense reimbursement requested are billed at rates, in accordance with practices, no less favorable than those customarily employed by the applicant and generally accepted by the applicant's clients.

          Respectfully submitted,

          _/s/_  Greer A. Smith
          Greer A. Smith, MSN, RN, CMSRN, CCM

          Greer A. Smith
          8181 Midtown Blvd.
          # 7109
          Dallas Texas 75231
          903-571-7725

          PATIENT CARE OMBUDSMAN FOR DEBTOR