| | | |
|---|---|---|
| Greer A. Smith MSN, RN, CMSRN, CCM<br>*Assurance of Care*<br><br>**8181 Midtown Blvd. Ste 7109<br>Dallas, TX 75231<br>469-718-9112<br>Greersmith1@gmail.com** | | INVOICE # 2 |
| TO:<br>**Craig Davis, Attorney at Law for Debtor<br>    DR. SHABNAM QASIM, M.D., P.A.,<br>       Case No. 18-43088-mxm-11**<br>FOR:<br>    **DR. SHABNAM QASIM, M.D., P.A.,<br>       Case No. 18-43088-mxm-11** | **Rates:**<br>Hourly for PCO @ 125.00 / Hour<br>Hourly for PCO Asst @ 75.00 / Hour<br>Copies @ .20 per copy<br>Faxes @ .20 per page<br>Postage @ cost 1st class/Fed Ex Cost Factor<br>Mileage @ .56 per mile<br>PACER Prints @ 1.60 page | |

| DATE | DESCRIPTION | HOURS/ NUMBER | RATE | TOTAL |
|---|---|---|---|---|
| 11/07/2018 | Pacer look up for Compensation and PCO Report # 1 each @ $ 5.50 per look | .6 | 5.50 | 33.00 |
| 11/26/18 | Evaluation of office and records of Dr. Qasim | 2.2 | 125.00 | 275 |
| 11/26/18 | Mileage to/from Dr. Qasim @ 108 | 108 | .55 | 59.40 |
| 11/26/18 | Travel time at 1/2 | 2.5 | 62.50 | 156.25 |
| 11/26/18 | Notes and documentation for PCO Report # 2 | 1.1 | 125 | 137.50 |
| 12/5/18 | Refile of PCO request for compensation per ECF | 1.0 | 125 | 125.00 |
| 12/6/18 | Email to/from Elizabeth White c USDOJ RT ECF filing issues | .2 | 125 | 25.00 |
| 12/10/18 | Final refile of Order to Pay Compensation per court clerk | .4 | 125 | 50.00 |
| 12/11/18 | Emails between Craig Davis RT payment of compensation, with Liz White, and Norther District Clerk on Debtors Atty refusal to pay compensation per order, states waiting 14 days for appeal final date | .6 | 125 | 75.00 |
| 12/13/18 | Consultation with Attorney Mark Drake on BR rules RT Judge Order to Pay compensation "immediately" | .5 | 150.00 | 75.00 |
| 12/13/18 | Email to Craig Davis, Copy to E. White | .2 | 125 | 25.00 |
| 12/19/18 | Email to Craig Davis | .1 | 125 | 12.50 |
| 12/23/18 | Email to Craig Davis | .1 | 125 | 12.50 |
| 12/24/18 | Email to Craig Davis | .1 | 125 | 12.50 |
| 12/26/18 | Email to Craig Davis | .1 | 125 | 12.50 |
| 12/27/18 | Late payment on Invoice fee per contract @ 1% | | | 26.25 |
| 12/27/18 | Email to Craig Davis, copy to E. White | .2 | 125 | 25.00 |
| 12/27/18 | Trip to Dr. Qasim office and back to Dallas to pick up payment | 2 | 62.50 | 125.00 |

| | | | | |
|---|---|---|---|---|
| 12/27/18 | Mileage from Dallas to Dr. Qasim office and back | 108 | .55 | 59.40 |
| 1/10/19 | Mileage; Office evaluation of Dr. Qasim | 108 | .56 | 60.48 |
| 1/10/19 | Travel time: Office evaluation of Dr. Qasim | 2.5 | 62.50 | 156.25 |
| 1/10/19 | Office evaluation of Dr. Qasim | .7 | 125.00 | 87.50 |
| | Phone call with office Mgr Felcia | .2 | 125.00 | 35.00 |
| | Phone call with office Mgr Felcia | .2 | 125.00 | 35.00 |
| | Phone call with office Mgr Felcia | .2 | 125.00 | 95.00 |
| 2/12/19 | Preparation of PCO Report # 2 | 1.5 | 125.00 | 187.50 |
| 2/14/19 | File to BR ECF | .4 | 125.00 | 50.00 |
| | **Current Total Due** | | | **2028.53** |

Make all checks payable to Greer A. Smith MSN, RN, CMSRN, CCM
Total due in 15 days. Overdue accounts subject to a service charge of 1% per month.

**Thank you for your business!**