IN THE UNITED STATES BANKRUPTCY COURT

NORTHER DISTRICT OF TEXAS

FORT WORTH DIVISION

IN RE:

Dr. Shabnam Qasim, MD, PA

| | | |
|---|---|---|
| Debtor | § | Case No. 18----43099-MXM-11 |
| | § | (Chapter 11) |
| | § | |
| | § | |
| | § | |

**ORDER GRANTING THE MOTION FOR PAYMENT OF COMPENSATION REQUEST FILED ON FEBRUARY 18, 2019 BY PATIENT CARE OMBUDSMAN**

THIS MATTER CAME BEFORE THE COURT OF THE HONRABLE JUDGE MARK X. MULLIN UPON THE MOTION TO HAVE THE DEBTOR, DR. SHABNAM QASIM, MD, PA PAY COMPENSATION FOR THE SERVICES OF THE PATIENT CARE OMBUDSMAN FOR SERVICES RENDERED FROM NOVEMBER 07, 2018 TO FEBRUARY 10, 2019.

THE TOTAL AMOUNT OF CURRENT COMPENSATION DUE IS $ 2,028.53, WHICH CONSIST OF EXPENSE $ 184.78 AND FEES OF $1,843.75

 THE COURT, BEING FULLY ADVISED DOES:
 ORDER ADJUDGE AND DECREE THAT THE MOTION BE, AND IT IS, GRANTED, AND THAT DEBTOR IMMEDIATELY MAKE COMPENSATION TO THE PATIENT CARE OMBUDSMAN.

#####END OF ORDER#####

/s/ Greer A. Smith
Greer A. Smith MSN, RN, CMSRN, CCM
8181 Midtown Blvd. Apt7109
Dallas, TX 75231
Office:469-718-9112
Cell: 903-571-7725