**Fill in this information to identify the case:**

Debtor Name: Shabnam Qasim

United States Bankruptcy Court for the: Northern District of TX

Case number: 18-43088-MXM-11

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: 1/2019

Line of business: Medical Practice

Date report filed: MM / DD / YYYY

NAISC code:

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Office Manager
Original signature of responsible party: /s/ Fabela
Printed name of responsible party: Feliza Fabela

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name _Shabnam Qasimi_    Case number _18-43088-mxm-11_

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☐ ☑

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.    $5,944.75

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.    $29,253.32

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.    −$25,863.74

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.    +$3,389.58

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.    =$9,334.33

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**
    (*Exhibit E*)    $ 0

Debtor Name  Shabnam Qasim

Case number 18-43088-MXM-11

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. Total receivables
    (Exhibit F)    $ 195,874.59

## 5. Employees

26. What was the number of employees when the case was filed?   8
27. What is the number of employees as of the date of this monthly report?   11

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?   $ 0
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ 0
30. How much have you paid this month in other professional fees?   $ 0
31. How much have you paid in total other professional fees since filing the case?   $ 0

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A  Projected (Copy lines 35-37 from the previous month's report) | Column B  Actual (Copy lines 20-22 of this report) | Column C  Difference (Subtract Column B from Column A) |
|---|---|---|---|
| 32. Cash receipts | $ 47,128.12 | $ 29,253.32 | $ 17,874.80 |
| 33. Cash disbursements | $ 60,591.49 | $ 25,863.74 | $ 34,727.26 |
| 34. Net cash flow | $ 13,463.37 | $ 3,389.58 | $ 10,073.79 |

35. Total projected cash receipts for the next month:   $ 29,253.32
36. Total projected cash disbursements for the next month:   − $ 25,863.74
37. Total projected net cash flow for the next month:   = $ 3,389.58

Official Form 425C    Monthly Operating Report for Small Business Under Chapter 11    page 3

Debtor Name **Shabnam Qasim**

Case number **18-43088-MXM-11**

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [x] 39. Bank reconciliation reports for each account.
- [x] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [x] 41. Budget, projection, or forecast reports.
- [x] 42. Project, job costing, or work-in-progress reports.

Exhibit A

Question #8. Quarterly fees up to date

Exhibit B

Question #10.

Currently using Chase business account. Also there is still a US Bank account that has not been closed as of yet.

Exhibit D

## ATM and Debit Card Withdrawals

Chase Acct 0000000237962961
January 1, 2019 through January 31, 2019

| Date | Description | Amount |
|---|---|---|
| 3-Jan | Smart practice | $61.16 |
| 4-Jan | Rental Card Tolls | $6.95 |
| 7-Jan | Truthfinder | $27.78 |
| 9-Jan | Office Depot | $92.64 |
| 9-Jan | Office Depot | $170.57 |
| 9-Jan | CVS Pharm | $66.60 |
| 11-Jan | Envision Imaging | $230.00 |
| 11-Jan | DFW Prompt Care | $156.78 |
| 11-Jan | Red R Automotive | $136.79 |
| 14-Jan | Chateau Pedi Spa | $149.00 |
| 16-Jan | Simply Eyes | $247.80 |
| 17-Jan | Café Medi | $30.20 |
| 17-Jan | Sonic | $3.78 |
| 18-Jan | Austin Lorin | $62.79 |
| 28-Jan | Storage Sense | $49.06 |

**Total ATM and Debit Card Withdrawals** $1,491.90

Exhibit C

## Deposits and Additions

Chase Acct 000000237962961
January 1, 2019 through January 31, 2019

| Date | Description | Amount |
|---|---|---|
| 3-Jan | Transfer from 8207 | $4,000.00 |
| 3-Jan | Transfer from 3561 | $1,500.00 |
| 3-Jan | Square 190103P2 | $19.45 |
| 4-Jan | Privia N Texas | $2,727.59 |
| 4-Jan | Square 190104P2 | $24.31 |
| 9-Jan | Optum | $50.00 |
| 10-Jan | Square 190110P2 | $58.35 |
| 11-Jan | Square 190111P2 | $24.31 |
| 15-Jan | BCBS | $2,521.69 |
| 15-Jan | BCBS | $471.58 |
| 15-Jan | Square 190115P2 | $136.15 |
| 16-Jan | Humana Ins | $399.33 |
| 16-Jan | Square 190116P2 | $195.75 |
| 16-Jan | HHP | $100.71 |
| 17-Jan | Purchase return Office Depot | $173.19 |
| 17-Jan | Transfer from 8207 | $4,000.00 |
| 17-Jan | Aetna | $719.76 |
| 17-Jan | BCBS | $648.77 |
| 17-Jan | Square 191118P2 | $190.88 |
| 18-Jan | Card Purchase Return Office Depot | $46.32 |
| 18-Jan | Square 190118P2 | $317.32 |
| 18-Jan | BCBS | $272.41 |
| 22-Jan | Square 190122P2 | $175.05 |
| 22-Jan | BCBS | $109.43 |
| 23-Jan | BCBS | $177.79 |
| 23-Jan | Optum | $125.00 |
| 23-Jan | Square 190123P2 | $102.11 |
| 24-Jan | United Healthcare | $614.01 |
| 24-Jan | Aetna | $486.74 |
| 24-Jan | BCBS | $210.31 |
| 24-Jan | Square 190124P2 | $150.02 |
| 24-Jan | Electronic Comme | $73.94 |
| 25-Jan | Square 190125P2 | $389.01 |
| 25-Jan | BCBS | $114.17 |
| 28-Jan | Novitas | $3,689.40 |
| 28-Jan | Aetna | $168.92 |
| 28-Jan | Optum | $25.00 |
| 29-Jan | HHP | $640.80 |
| 29-Jan | BCBS | $530.58 |
| 29-Jan | Humana | $240.86 |
| 29-Jan | Square 190129P2 | $175.05 |

Exhibit C

## Deposits and Additions

Chase Acct 000000237962961
January 1, 2019 through January 31, 2019

| Date | Description | Amount |
|---|---|---|
| 29-Jan | Aetna | $106.02 |
| 30-Jan | Novitas | $774.95 |
| 30-Jan | United Healthcare | $303.26 |
| 30-Jan | Square 190130P2 | $260.62 |
| 30-Jan | BCBS | $84.17 |
| 31-Jan | Novitas | $426.72 |
| 31-Jan | United Healthcare | $327.42 |
| 31-Jan | Square 190131P2 | $138.10 |
| 31-Jan | Aetna | $36.00 |

Total Deposits and Additions        $29,253.32

Exhibit D

## Electronic Withdrawals

Chase Acct 000000237962961
January 1, 2019 through January 31, 2019

| Date | Description | Amount |
|---|---|---|
| 3-Jan | Commercial Line | $45.91 |
| 3-Jan | Payment Tech Fee | $30.00 |
| 4-Jan | ADP Wage Pay | $5,254.64 |
| 4-Jan | ADP Tax | $1,398.84 |
| 7-Jan | ADP Payroll Fees | $56.02 |
| 9-Jan | Quick Pay with Zelle Payment | $75.00 |
| 9-Jan | Advanced MD | $1,004.19 |
| 14-Jan | ADP Payroll Fees | $90.84 |
| 15-Jan | ADP Tax | $178.81 |
| 18-Jan | ADP Wage Pay | $5,929.51 |
| 18-Jan | ADP Tax | $1,640.27 |
| 28-Jan | ADP payroll Fees | $90.84 |
| 31-Jan | Transfer to Chk 3561 | $3,000.00 |
| 31-Jan | ADP Payroll Fees | $300.49 |
| 31-Jan | Commercial Line | $45.91 |

Total Electronic Withdrawals            $19,141.27

Exhibit D

## Checks Paid

Chase Acct 000000237962961
January 1, 2019 through January 31, 2019

| Date | Check | Amount |
|---|---|---|
| 24-Jan | Check# 2494 | $100.00 |
| 28-Jan | Check# 2503 | $229.00 |
| 24-Jan | Check# 2511 | $100.00 |
| 08-Jan | Check# 2515 | $200.00 |
| 02-Jan | Check# 2519 | $226.11 |
| 18-Jan | Check# 2529 | $458.40 |
| 22-Jan | Check# 2530 | $150.00 |
| 24-Jan | Check# 2532 | $342.49 |
| 11-Jan | Check# 2535 | $421.38 |
| 15-Jan | Check# 2536 | $500.00 |
| 24-Jan | Check# 2537 | $100.00 |
| 14-Jan | Check# 2538 | $203.19 |
| 23-Jan | Check# 2539 | $700.00 |
| 29-Jan | Check# 2541 | $1,500.00 |

Total Checks Paid  $5,230.57

Exhibit F

# Total A/R - Summary

SHABNAM QASIM MD PA

By Aging Date
All Patients
All Provider Profiles

|  | Current | 30 Days | 60 Days | 90 Days | 120 Days | Total | Unapplied | Net Total |
|---|---|---|---|---|---|---|---|---|
| **SHABNAM QASIM MD PA Total:** | | | | | | | | |
| Patient | $7,194.26 | $32,153.88 | $1,088.20 | $1,184.62 | $6,115.18 | $47,736.14 | | $47,736.14 |
|  | 15.07 % | 67.36 % | 2.28 % | 2.48 % | 12.81 % | 100.00 % | | 100.00 % |
| Insurance | $1,361.39 | $5,381.14 | $27,189.90 | $20,642.41 | $99,973.02 | $154,547.86 | | $154,547.86 |
|  | 0.88 % | 3.48 % | 17.59 % | 13.36 % | 64.69 % | 100.00 % | | 100.00 % |
| Total | $8,555.65 | $37,535.02 | $28,278.10 | $21,827.03 | $106,088.20 | $202,284.00 | $6,409.41 | $195,874.59 |
|  | 4.23 % | 18.56 % | 13.98 % | 10.79 % | 52.45 % | 100.00 % | | 100.00 % |
| **Grand Total:** | | | | | | | | |
| Patient | $7,194.26 | $32,153.88 | $1,088.20 | $1,184.62 | $6,115.18 | $47,736.14 | | $47,736.14 |
|  | 15.07 % | 67.36 % | 2.28 % | 2.48 % | 12.81 % | 100.00 % | | 100.00 % |
| Insurance | $1,361.39 | $5,381.14 | $27,189.90 | $20,642.41 | $99,973.02 | $154,547.86 | | $154,547.86 |
|  | 0.88 % | 3.48 % | 17.59 % | 13.36 % | 64.69 % | 100.00 % | | 100.00 % |
| Total | $8,555.65 | $37,535.02 | $28,278.10 | $21,827.03 | $106,088.20 | $202,284.00 | $6,409.41 | $195,874.59 |
|  | 4.23 % | 18.56 % | 13.98 % | 10.79 % | 52.45 % | 100.00 % | | 100.00 % |

*Original Projections*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

In re: Dr. Shabnam Qasim MD PA

CASE NO  18-43088-MXM-11
CHAPTER  11

## BUSINESS INCOME AND EXPENSES

### We Care Clinic

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

1. Gross Income for 12 Months Prior to Filing:   $678,120.00

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

2. Gross Monthly Income:   $75,000.00

PART C - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

3. Net Employee Payroll (Other Than Debtor): $38,000.00
4. Payroll Taxes: $0.00
5. Unemployment Taxes: $0.00
6. Worker's Compensation: $0.00
7. Other Taxes: $0.00
8. Inventory Purchases (Including raw materials): $0.00
9. Purchase of Feed/Fertilizer/Seed/Spray: $0.00
10. Rent (other than debtor's principal residence): $3,500.00
11. Utilities: $710.00
12. Office Expenses and Supplies: $4,165.00
13. Repairs and Maintenance: $632.00
14. Vehicle Expenses: $0.00
15. Travel and Entertainment: $0.00
16. Equipment Rental and Leases: $889.00
17. Legal/Accounting/Other Professional Fees: $1,000.00
18. Insurance: $3,646.00
19. Employee Benefits (e.g., pension, medical, etc.): $0.00
20. Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts (Specify):
    On Deck Capital, Inc. $3,485.08
21. Other (Specify):
    Advertising $2,500.00
22. Total Monthly Expenses (Add Items 3 - 21)   $58,525.08

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

23. AVERAGE NET MONTHLY INCOME (Subtract Item 22 from Item 2):   $16,474.92

# CHASE

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

January 01, 2019 through January 31, 2019
Account Number: 000000237962961

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00047265 DRE 201 142 03219 NNNNNNNNNNN T 1 000000000 61 0000

DBA SHABNAM K QASIM MD PA
DBA SHABNAM K QASIM MD PA
4819 RIVER OAKS BLVD
FORT WORTH TX 76114

## CHECKING SUMMARY
Chase Total Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $5,944.75 |
| Deposits and Additions | 50 | 29,253.32 |
| Checks Paid | 14 | -5,230.57 |
| ATM & Debit Card Withdrawals | 15 | -1,491.90 |
| Electronic Withdrawals | 15 | -19,141.27 |
| Ending Balance | 94 | $9,334.33 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/03 | Online Transfer From Chk ...8207 Transaction#: 7813519570 | $4,000.00 |
| 01/03 | Online Transfer From Chk ...3561 Transaction#: 7811691279 | 1,500.00 |
| 01/03 | Square Inc 190103P2 L209409476119 CCD ID: 9424300002 | 19.45 |
| 01/04 | Privia N Texas ACH Items Surplus CCD ID: 1611781653 | 2,727.59 |
| 01/04 | Square Inc 190104P2 L209409668241 CCD ID: 9424300002 | 24.31 |
| 01/09 | Optum Patient As Hcclaimpmt 201868166 CCD ID: 1411858498 | 50.00 |
| 01/10 | Square Inc 190110P2 L209410795884 CCD ID: 9424300002 | 58.85 |
| 01/11 | Square Inc 190111P2 L209411062569 CCD ID: 8424300002 | 24.31 |
| 01/15 | Bcbs Texas Hcclaimpmt C19011E48605740 CCD ID: 5531495400 | 2,521.69 |
| 01/15 | Bcbs Texas Hcclaimpmt C19011E40575320 CCD ID: 5531595400 | 471.58 |
| 01/15 | Square Inc 190115P2 L209411923175 CCD ID: 9424300002 | 136.15 |
| 01/16 | Humana Ins CO Etpayment 363718 CCD ID: 1391263473 | 399.33 |
| 01/16 | Square Inc 190116P2 L209412099928 CCD ID: 9424300002 | 195.75 |
| 01/16 | Hhp Etpayment 363718 CCD ID: 1611013183 | 100.71 |
| 01/17 | Purchase Return 01/17 Office Depot 00 1317 S Grapevine TX Card 1220 | 173.19 |
| 01/17 | Online Transfer From Chk ...8207 Transaction#: 7855659657 | 4,000.00 |
| 01/17 | Aetna H09 Hcclaimpmt 1043243512 CCD ID: 1066033492 | 719.76 |
| 01/17 | Bcbs Texas Hcclaimpmt C19015E48925670 CCD ID: 5531495400 | 648.77 |
| 01/17 | Square Inc 190117P2 L209412351756 CCD ID: 9424300002 | 190.88 |
| 01/18 | Card Purchase Return 01/17 Office Depot #406 Grapevine TX Card 5525 | 46.32 |
| 01/18 | Square Inc 190118P2 L209412688099 CCD ID: 9424300002 | 317.32 |
| 01/18 | Bcbs Texas Hcclaimpmt C19016E49089500 CCD ID: 5531495400 | 272.41 |
| 01/22 | Square Inc 190122P2 L209413578957 CCD ID: 9424300002 | 175.05 |

# CHASE ◯

January 01, 2019 through January 31, 2019

Account Number: 000000237962961

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/22 | Bcbs Texas Hcclaimpmt C19017E49241240 CCD ID: 5531495400 | 109.43 |
| 01/23 | Bcbs Texas Hcclaimpmt C19021E40851160 CCD ID: 5531595400 | 177.79 |
| 01/23 | Optum Patient As Hcclaimpmt 201868166 CCD ID: 1411858498 | 125.00 |
| 01/23 | Square Inc 190123P2 L209413763240 CCD ID: 9424300002 | 102.11 |
| 01/24 | Unitedhealthcare Hcclaimpmt 201868166 CCD ID: 1411289245 | 614.01 |
| 01/24 | Aetna As01 Hcclaimpmt 1043243512 CCD ID: 1066033492 | 486.74 |
| 01/24 | Bcbs Texas Hcclaimpmt C19022E49722480 CCD ID: 5531495400 | 210.31 |
| 01/24 | Square Inc 190124P2 L209413971402 CCD ID: 9424300002 | 150.02 |
| 01/24 | Electronic Comme Hcclaimpmt 201868166 CCD ID: 1341858379 | 73.94 |
| 01/25 | Square Inc 190125P2 L209414207575 CCD ID: 9424300002 | 389.01 |
| 01/25 | Bcbs Texas Hcclaimpmt C19023E49875290 CCD ID: 5531495400 | 114.17 |
| 01/28 | Novitas Hcclaimpmt 1396792602 CCD ID: 04412000H1 | 3,689.40 |
| 01/28 | Aetna H09 Hcclaimpmt 1043243512 CCD ID: 1066033492 | 168.92 |
| 01/28 | Optum Patient As Hcclaimpmt 201868166 CCD ID: 1411858498 | 25.00 |
| 01/29 | Hhp Hcclaimpmt 363718 CCD ID: 1611013183 | 640.80 |
| 01/29 | Bcbs Texas Hcclaimpmt C19025E50199190 CCD ID: 5531495400 | 530.58 |
| 01/29 | Humana Ins CO Hcclaimpmt 363716 CCD ID: 1391263473 | 240.86 |
| 01/29 | Square Inc 190129P2 L209415137864 CCD ID: 9424300002 | 175.05 |
| 01/29 | Aetna H09 Hcclaimpmt 1043243512 CCD ID: 1066033492 | 106.02 |
| 01/30 | Novitas Hcclaimpmt 1396792602 CCD ID: 04412000H1 | 774.95 |
| 01/30 | Unitedhealthcare Hcclaimpmt 201868166 CCD ID: 1411289245 | 303.26 |
| 01/30 | Square Inc 190130P2 L209415284981 CCD ID: 9424300002 | 260.62 |
| 01/30 | Bcbs Texas Hcclaimpmt C19028E50362560 CCD ID: 5531495400 | 84.17 |
| 01/31 | Novitas Hcclaimpmt 1396792602 CCD ID: 04412000H1 | 426.72 |
| 01/31 | Unitedhealthcare Hcclaimpmt 201868166 CCD ID: 1111187726 | 327.42 |
| 01/31 | Square Inc 190131P2 L209415474788 CCD ID: 9424300002 | 138.10 |
| 01/31 | Aetna As01 Hcclaimpmt 1043243512 CCD ID: 1066033492 | 36.00 |
| **Total Deposits and Additions** | | **$29,253.32** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 2494 ^ | | 01/24 | $100.00 |
| 2503 *^ | | 01/28 | 229.00 |
| 2511 *^ | | 01/24 | 100.00 |
| 2515 *^ | | 01/08 | 200.00 |
| 2519 *^ | | 01/02 | 226.11 |
| 2529 *^ | | 01/18 | 458.40 |
| 2530 ^ | | 01/22 | 150.00 |
| 2532 *^ | | 01/24 | 342.49 |

# CHASE

January 01, 2019 through January 31, 2019
Account Number: 000000237962961

## CHECKS PAID (continued)

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 2535 *^ | | 01/11 | 421.38 |
| 2536 ^ | | 01/15 | 500.00 |
| 2537 ^ | | 01/24 | 100.00 |
| 2538 ^ | | 01/14 | 203.19 |
| 2539 ^ | | 01/23 | 700.00 |
| 2541 *^ | | 01/29 | 1,500.00 |

**Total Checks Paid** $5,230.57

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.
* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.
^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 01/03 | Card Purchase | 01/03 Shi Smartpract#108076 800-522-0800 AZ Card 5525 | $61.16 |
| 01/04 | Card Purchase | 01/03 Rental Car Tolls 877-590-9711 AZ Card 5525 | 6.95 |
| 01/07 | Card Purchase | 01/06 Trthfdr*Truthfinder.CO 888-8974556 CA Card 5525 | 27.78 |
| 01/09 | Card Purchase | 01/08 Office Depot #2518 FT Worth TX Card 5525 | 92.64 |
| 01/09 | Card Purchase | 01/08 Office Depot #2518 FT Worth TX Card 5525 | 170.57 |
| 01/09 | Card Purchase With Pin | 01/09 Cvs/Pharm 07878--5301 River Oaks TX Card 5525 | 66.60 |
| 01/11 | Card Purchase | 01/10 Envision Imaging Hea Colorado Spgs CO Card 5525 | 230.00 |
| 01/11 | Card Purchase | 01/10 Dfw Prompt Care PA Colleyville TX Card 5525 | 156.78 |
| 01/11 | Card Purchase | 01/10 Red R Automotive LLC Colleyville TX Card 5525 | 136.79 |
| 01/14 | Card Purchase | 01/10 Chateau Pedi Spa Colleyville TX Card 5525 | 149.00 |
| 01/16 | Card Purchase With Pin | 01/16 Simply Eyes Colleyville TX Card 1220 | 247.80 |
| 01/17 | Card Purchase | 01/16 Cafe Medi(Hurst TX) Hurst TX Card 1220 | 30.20 |
| 01/17 | Card Purchase | 01/16 Sonic Drive IN #4209 Southlake TX Card 1220 | 3.78 |
| 01/18 | Card Purchase | 01/16 Austin Lorin Colleyville TX Card 1220 | 62.79 |
| 01/28 | Card Purchase | 01/25 Storage Sense-Fort Wo 717-779-0044 TX Card 1220 | 49.06 |

**Total ATM & Debit Card Withdrawals** $1,491.90

## ATM & DEBIT CARD SUMMARY

Shabnam Qasim Card 1220
    Total ATM Withdrawals & Debits $0.00
    Total Card Purchases $393.63
    Total Card Deposits & Credits $173.19

Shabnam Qasim Card 5525
    Total ATM Withdrawals & Debits $0.00
    Total Card Purchases $1,098.27
    Total Card Deposits & Credits $46.32

ATM & Debit Card Totals
    Total ATM Withdrawals & Debits $0.00
    Total Card Purchases $1,491.90
    Total Card Deposits & Credits $219.51

# CHASE

January 01, 2019 through January 31, 2019
Account Number: 000000237962961

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/03 | Commercial Line Comm Lines M41121583089 Web ID: 1911718107 | $45.91 |
| 01/03 | Paymentech Fee 5704836 CCD ID: 1020401225 | 30.00 |
| 01/04 | ADP Wage Pay Wage Pay 549070930096Xcq CCD ID: 9333006057 | 5,254.64 |
| 01/04 | ADP Tax ADP Tax Rnxcq 010401A01 CCD ID: 1223006057 | 1,398.84 |
| 01/07 | ADP Payroll Fees ADP - Fees 8Yrnxcq 3442836 CCD ID: 9659605001 | 56.02 |
| 01/09 | Quickpay With Zelle Payment To Adriana 7829960912 | 75.00 |
| 01/09 | Advancedmd Ddbatch PPD ID: 1352182629 | 1,004.19 |
| 01/14 | ADP Payroll Fees ADP - Fees 2Rxcq 4592839 CCD ID: 9659605001 | 90.84 |
| 01/15 | ADP Tax ADP Tax Rnxcq 8439713Vv CCD ID: 1223006057 | 178.81 |
| 01/18 | ADP Wage Pay Wage Pay 556068732420Xcq CCD ID: 9333006057 | 5,929.51 |
| 01/18 | ADP Tax ADP Tax Rnxcq 011802A01 CCD ID: 1223006057 | 1,640.27 |
| 01/28 | ADP Payroll Fees ADP - Fees 2Rxcq 5921874 CCD ID: 9659605001 | 90.84 |
| 01/31 | 01/31 Online Transfer To Chk ...3561 Transaction#: 7895313338 | 3,000.00 |
| 01/31 | ADP Payroll Fees ADP - Fees 2Rxcq 7394755 CCD ID: 9659605001 | 300.49 |
| 01/31 | Commercial Line Comm Lines M41168714561 Web ID: 1911718107 | 45.91 |
| **Total Electronic Withdrawals** | | **$19,141.27** |

The monthly service fee of $15.00 was waived this period because you maintained a minimum daily balance of $1,500.00 or more.

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 01/02 | $5,718.64 | 01/11 | 4,687.40 | 01/23 | 5,226.05 |
| 01/03 | 11,101.02 | 01/14 | 4,244.37 | 01/24 | 6,118.58 |
| 01/04 | 7,192.49 | 01/15 | 6,694.98 | 01/25 | 6,621.76 |
| 01/07 | 7,108.69 | 01/16 | 7,142.97 | 01/28 | 10,136.18 |
| 01/08 | 6,908.69 | 01/17 | 12,841.59 | 01/29 | 10,329.49 |
| 01/09 | 5,549.69 | 01/18 | 5,386.67 | 01/30 | 11,752.49 |
| 01/10 | 5,608.04 | 01/22 | 5,521.15 | 01/31 | 9,334.33 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 41 |
| Deposits / Credits | 0 |
| Deposited Items | 0 |
| **Transaction Total** | **41** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $15.00 |
| Service Fee Credit | -$15.00 |
| Net Service Fee | $0.00 |
| Excessive Transaction Fees (Above 100) | $0.00 |
| **Total Service Fees** | **$0.00** |

# CHASE ◯

January 01, 2019 through January 31, 2019
Account Number: 000000237962961

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC

**CHASE**

January 01, 2019 through January 31, 2019
Account Number: 000000237962961

This Page Intentionally Left Blank

**CHASE**

January 01, 2019 through January 31, 2019
Account Number: 000000237962961