



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed February 28, 2019

*Mark X. Mullin*
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

NORTHER DISTRICT OF TEXAS

FORT WORTH DIVISION

IN RE:

Dr. Shabnam Qasim, MD, PA

| | | |
|---|---|---|
| Debtor | § | Case No. 18----43099-MXM-11 |
| | § | (Chapter 11) |
| | § | |
| | § | |
| | § | |

ORDER GRANTING THE MOTION FOR PAYMENT OF COMPENSATION REQUEST FILED ON FEBRUARY 18, 2019 BY PATIENT CARE OMBUDSMAN

THIS MATTER CAME BEFORE THE COURT OF THE HONRABLE JUDGE MARK X. MULLIN UPON THE MOTION TO HAVE THE DEBTOR, DR. SHABNAM QASIM, MD, PA PAY COMPENSATION FOR THE SERVICES OF THE PATIENT CARE OMBUDSMAN FOR SERVICES RENDERED FROM NOVEMBER 07, 2018 TO FEBRUARY 10, 2019.

THE TOTAL AMOUNT OF CURRENT COMPENSATION DUE IS $ 2,028.53, WHICH CONSIST OF EXPENSE $ 184.78 AND FEES OF $1,843.75

THE COURT, BEING FULLY ADVISED DOES:

ORDER ADJUDGE AND DECREE THAT THE MOTION BE, AND IT IS, GRANTED, AND THAT DEBTOR IMMEDIATELY MAKE COMPENSATION TO THE PATIENT CARE OMBUDSMAN.

#####END OF ORDER#####

/s/ Greer A. Smith
Greer A. Smith MSN, RN, CMSRN, CCM
8181 Midtown Blvd. Apt7109
Dallas, TX 75231
Office:469-718-9112
Cell: 903-571-7725

United States Bankruptcy Court
Northern District of Texas

In re:  
Dr. Shabnam Qasim MD PA  
    Debtor

Case No. 18-43088-mxm  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0539-4    User: skerr    Page 1 of 1    Date Rcvd: Feb 28, 2019  
                   Form ID: pdf012    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2019.
aty          +Craig D. Davis,    Davis, Ermis & Roberts, P.C.,    1010 N. Center, Suite 100,    Arlington, TX 76011-8411

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2019                                        Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2019 at the address(es) listed below:
       Brandon J. Tittle    on behalf of Creditor    Privia Medical Group-North Texas btittle@pgkpc.com, lvargas@pgkpc.com  
       Craig Douglas Davis    on behalf of Debtor    Dr. Shabnam Qasim MD PA davisdavisandroberts@yahoo.com, der.notices@yahoo.com  
       Eboney D. Cobb    on behalf of Creditor    Castleberry ISD ecobb@pbfcm.com, ecobb@pbfcm.com;ecobb@ecf.inforuptcy.com  
       J. Casey Roy    on behalf of Interested Party    Texas Medical Board casey.roy@oag.texas.gov  
       Laurie A. Spindler    on behalf of Creditor    Tarrant County Laurie.Spindler@lgbs.com, Dora.Casiano-Perez@lgbs.com  
       United States Trustee    ustpregion06.da.ecf@usdoj.gov  
                                                                                    TOTAL: 6